# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| JAY ABBOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:10CV00032 MLM |
| | ) | |
| MATTHEW W. OLLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court are plaintiff's motions for reconsideration of this Court's dismissal of defendants Meador, Goveia, Wiser, and Richter[1] ("the dismissed defendants"), after initial review of plaintiff's complaint, pursuant to 28 U.S.C. § 1915.

In four filings, totally more than fifty-six (56) pages, plaintiff seeks to have his claims against the dismissed defendants reinstated. Plaintiff's motions to reconsider serve as nothing more than a recitation of the same arguments against defendants already espoused in plaintiff's ninety-three (93) page complaint. The Court has thoroughly reviewed plaintiff's claims and does not find any grounds

---

[1]Plaintiff is not contesting the dismissal of defendant Sutherland.

upon which to reverse the dismissal of defendants Meador, Goveia, Wiser or Richter.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions for reconsideration of the dismissal of defendants Meador, Goveia, Wiser and Richter [Doc. #15, #16, #17, and #18] are **DENIED**.

So Ordered this 27th day of September, 2010.

                                       E. RICHARD WEBBER
                                       UNITED STATES DISTRICT JUDGE