UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JAY ABBOTT, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 2:10CV32 JCH |
| ) | |
| MATTHEW OLLER, et al., ) | |
| ) | |
| Defendant(s). ) | |

# JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants Matthew Oller, Robert Davis, and Kelly Broniec's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Complaint is dismissed with prejudice.

Dated this  27th  day of April, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE